PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Cooper                                            Cr.: 92-00215-001

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 11/12/92

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 63 months imprisonment; 3 years supervised release; $50 special assessment. Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/23/05

Assistant U.S. Attorney: Timothy J. McInnis              Defense Attorney: Barbara Donovan, AFPD

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
|   | On December 1, 2005, Cooper was arrested by the Newark, New Jersey Police Department and charged with aggravated assault under domestic violence (2C:12-1B); possession of a weapon (2C:39-5D); and possession of a weapon for an unlawful purpose (2C:39-4D). |
|   | Cooper is presently incarcerated at the Essex County Jail on $45,000 bail. The above charges are pending Grand Jury action. |

RECEIVED
WILLIAM T. WALSH, CLERK
2005 DEC 19  P 3 42
UNITED STATES
DISTRICT COURT

PROB 12C - Page 2
David Cooper

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 12/08/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

12/19/05
Date

⸺AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

DAVID COOPER

**WARRANT FOR ARREST**

Case Number:   CR 92-215-01

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ DAVID COOPER _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   x Probation Violation Petition

charging him or her       (brief description of offense)

SEE ATTACHED PETITION

in violation of _____ United States Code, Section(s) _____

JOHN G. BASILONE                              DEPUTY CLERK
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                   12/21/05 NEWARK NEW JERSEY
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                       Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN   _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____