PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49)

Name of Offender: David Cooper                                           Cr.: 92-00215-001

Name of Sentencing Judicial Officer: John C. Lifland, Senior U.S. District Judge

Date of Original Sentence: 11/12/92

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 63 months confinement; 3 years supervised release; $50 special assessment. Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/23/05

## PETITIONING THE COURT

[X]  In light of the offender's December 1, 2005 charges resulting in a dismissal, we respectfully request to modify the conditions of supervision by withdrawing the violation of supervised release petition.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 03/13/06

THE COURT ORDERS:

[X] The dismissal of all pending violations of supervised release
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/4/06
Date