PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Cooper                                    Cr.: 92-00215-001

Name of Sentencing Judicial Officer: Honorable John C. Lifland, Sr. U.S. District Judge

Date of Original Sentence: 11/12/92

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 63 months imprisonment, 3 years supervised release. $50 special assessment. Special condition of drug testing and/or treatment.

Type of Supervision: Supervised Release                   Date Supervision Commenced: 05/23/05

Assistant U.S. Attorney: Brad Harsch                      Defense Attorney: John Yauch (AFPD)

### PETITIONING THE COURT

[X]  To issue a warrant
[  ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |

On June 29, 2006, Cooper was arrested by the Newark, New Jersey Police and charged with possession of a controlled dangerous substance (2C:35-10); possession of a controlled dangerous substance with intent to distribute (2C:35-5); conspiracy (2C:5-2); and possession/distribution within 500 feet of a public housing facility (2C-35-7.1).

On September 24, 2007, Cooper entered a guilty plea to Possession of a Controlled Dangerous Substance with Intent to Distribute, a 3rd degree offense.

On September 28, 2007, Cooper was sentenced in Essex County Superior Court (Indictment 07-03-00866) to 3 years imprisonment with 9 months parole ineligibility.

Cooper is currently in state custody at Northern State Prison, in Newark, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


S/

By: Anthony J. Nisi
    U.S. Probation Officer
    Date:  12/10/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/12/07
_____
Date